In re Resignation of Weinberger.

[Cite as *In re Resignation of Weinberger* (1995), 74 Ohio St.3d 1206.]

(No. 95–1851—Submitted September 27, 1995—Decided September 28, 1995.)

The resignation as an attorney of Barrett N. Weinberger of Cincinnati, Ohio, Attorney Registration No. 0043744, is accepted.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.